# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RIGOBERTO S. J., | Case No. 26-cv-957 (LMP/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA BONDI, *Attorney General*, KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*, TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*, DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, and WARDEN, *ERO El Paso Camp East Montana, El Paso, Texas*, | |
| Respondents. | |

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Rigoberto S. J.'s Petition for Writ of Habeas Corpus (ECF No. 1) on or before Thursday, February 5, 2026, certifying the true cause and proper duration of Rigoberto S. J.'s confinement and showing cause why the writ should not issue in this case.

2. Respondents' answer must include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Rigoberto S. J.'s detention in light of the issues raised in his Petition;

      b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Rigoberto S. J.'s claims, including whether this Court has jurisdiction to hear his claims; and

      c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.      Rigoberto S. J. is directed to file a reply to Respondents' answer on or before Tuesday, February 10, 2026.

4.      No further submissions from either party will be permitted except as authorized by Court order.

Dated: February 2, 2026                       *s/Laura M. Provinzino*
                                                  Laura M. Provinzino
                                                  United States District Judge