# UNITED STATES DISTRICT COURT
## District of Minnesota

Rigoberto Soto Jimenez

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Warden,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-957 LMP/JFD

,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Rigoberto S. J.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows:

a. Rigoberto S. J.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

b. The Government is ORDERED to release Rigoberto S. J. from custody in Minnesota by no later than 5:00 p.m. on Friday, February 13, 2026;

c. The Government is ORDERED to release Rigoberto S. J. without imposing any conditions of release and to return all property to him; and

d. The Government is ORDERED to file a status report certifying its compliance with this Order by no later than 3:00 p.m. on Tuesday, February 17, 2026.

Date: 2/9/2026

KATE M. FOGARTY, CLERK