UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RIGOBERTO S. J.,

    Petitioner,

v.

PAMELA BONDI, *Attorney General*,
KRISTI NOEM*, Secretary, U.S. Department of Homeland Security*,
TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*,
DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, and WARDEN, *ERO El Paso Camp East Montana, El Paso, Texas*,

    Respondents.

Case No. 26-cv-957 (LMP/JFD)

**ORDER TO SHOW CAUSE**

---

**IT IS HEREBY ORDERED THAT**:

1. A hearing is set for **TOMORROW, Wednesday, February 18, 2026, at 2:00 p.m. CST** via Zoom, at which the Government must show cause, if any there be, why it should not be held in contempt for (1) failing to release Petitioner in Minnesota, as required by the Court's February 9 Order, (2) failing to return Petitioner's property to him, as required by the Court's February 9 Order, and (3) failing to timely provide a status update to the Court, as required by the Court's February 9 Order. The Zoom teleconferencing link will be sent to the parties via email.

2. The following individuals must appear before the Court:

   a. David W. Fuller, or an Assistant U.S. Attorney responsible for the management of this case.

   b. A representative (or representatives) of Immigration and Customs Enforcement who had notice of the Court's February 9 Order and is responsible for Petitioner's custody, property, and release.

   c. Petitioner's counsel.

3. No later than **11:00 a.m. CST TOMORROW, Wednesday, February 18, 2026,** Petitioner's counsel shall file the email communications referenced in her February 17 letter as exhibits on the docket. This includes email communications with the ICE El Paso Field Office and with an unnamed Special Assistant U.S. Attorney. If Petitioner's counsel has communicated with other ICE or DOJ personnel regarding Petitioner's release, she should identify those individuals in a declaration.

Dated: February 17, 2026                *s/Laura M. Provinzino*
                                        Laura M. Provinzino
                                        United States District Judge